

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex



**February 24, 2004**
**10:00 a.m.**

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:01CV02057(AVC)  Sweeney v. Metro-North RR Co., et al

William W. Cobb
Cathleen Ann Giannetta
Landman Corsi Ballaine & Ford
50 Union Ave.
New Haven, CT 06519

Charles C. Goetsch
Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511

Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Andrew S. Turret
One Century Tower
265 Church St.
Suite 802
New Haven, CT 06510-7014

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK