UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TIMOTHY SWEENEY

    Vs.                                    CASE NO. 3:01CV02057 (AVC)

METRO-NORTH RR CO and
SARAH SAPIENZA

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on February 24, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 25, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 24th day of February, 2004.

KEVIN F. ROWE, CLERK

By    /s/ JW
      Jo-Ann Walker
      Deputy Clerk