UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TIMOTHY SWEENEY

      v.                              CASE NO. 3:01CV02057(AVC)

METRO-NORTH RAILROAD
COMPANY and SARAH SAPIENZA

## JUDGMENT

Counsel of record having reported to the Court on February 24, 2004 that the above-entitled case had been settled on February 24, 2004, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 29th day of March, 2004.

KEVIN F. ROWE, CLERK

By   /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: